GLORIA ANDERBERG, Admr. of Estate of HELEN ANDERBERG, Deceased, Plaintiff-Appellant, *v.* BERNARD NEWMAN *et al.*, Defendants-Appellees.

(No. 55362; )

First District—May 4, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Samuel Rosenberg and Harvey Livingston, both of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, (Francis T. Crowe, Assistant Attorney General, of counsel,) for appellees.

KAREN KRAUSE, Plaintiff-Appellant, *v.* RAYMOND HENKER, Defendant-Appellee.

(No. 54006; )

First District—May 5, 1972.

